

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-159-CV

BRADFORD TAYLOR                                                    APPELLANT

V.

DENA TAYLOR                                                            APPELLEE

----------

## FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On October 15, 2008, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. We have not received any response.

---

[1]  *See* Tex. R. App. P. 47.4.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED:  November 20, 2008

2